DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH GESSESSE HAWTHORNE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1208

[May 2, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2017-CF-003118-AXXX-MB.

Carey Haughwout, Public Defender, and Sue-Ellen Kenny, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***